



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

**BY ECF**

Honorable Denny Chin
United States Circuit Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Eladio Padilla*, 97 Cr. 809 (DC) / 16 Civ. 3622 (DC)

Dear Judge Chin:

    The Government respectfully submits this letter, with the consent of defense counsel, to request an additional period of four weeks, until July 29, 2020, to file the Government's brief in opposition to Padilla's amended § 2255 motion. This is the Government's first request for an adjournment. Counsel for Padilla does not oppose this request.

                                             Respectfully submitted,

                                             AUDREY STRAUSS
                                             Acting United States Attorney

                                             By: s/
                                             Nicholas S. Folly
                                             Assistant United States Attorney
                                             (212) 637-1060

**SO ORDERED.**
**/s/ Denny Chin**
**U.S.C.J. Sitting by Designation**
**June 24, 2020**